# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>SALEENA HART ESGUERRA,<br><br>  Defendant. | Case No. 2:21-mj-00907-VCF<br><br>**ORDER** |

Based on the Stipulation of counsel, good cause appearing therefore:

IT IS HEREBY ORDERED that the Preliminary Hearing currently scheduled on August 22, 2022, at the hour of 4:00 p.m., be vacated and continued to October 6, 2022 at the hour of 4:00 pm in 3D before Magistrate Judge Cam Ferenbach.

DATED this 7th day of July 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3