1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

            Plaintiff,

     v.

SALEENA HART ESGUERRA,

           Defendant.

Case No. 2:21-mj-00907-VCF

**ORDER**

Based on the Stipulation of counsel, good cause appearing therefore:

IT IS HEREBY ORDERED that the Preliminary Hearing currently scheduled on Thursday, October 6, 2022, at the hour of 4:00 p.m., be vacated and continued to December 5, 2022 at the hour of 4:00 p.m. in LV Courtroom 3D.

DATED this 30 day of September 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3