**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SALEENA HART ESGUERRA,<br><br>　　　　　Defendant. | Case No. 2:21-mj-00907-VCF<br><br>**ORDER** |

　　Based on the Stipulation of counsel, good cause appearing therefore:

　　IT IS HEREBY ORDERED that the Preliminary Hearing currently scheduled on Thursday, June 29, 2023, at the hour of 4:00 p.m., be vacated and continued to August 14, 2023 at 4:00 p.m. in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

　　DATED this 27th day June, 2023.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3