**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

         Plaintiff,

    v.

SALEENA HART ESGUERRA,

         Defendant.

Case No. 2:21-mj-00907-VCF

**ORDER**

    Based on the Stipulation of counsel, good cause appearing therefore:

    IT IS HEREBY ORDERED that the Preliminary Hearing currently scheduled on Monday, August 14, 2023, at the hour of 4:00 p.m., be vacated and continued to October 16, 2023 at the hour of 4:00 pm.

    DATED this 10th day August, 2023.

                                   _____

                                   UNITED STATES MAGISTRATE JUDGE

3